UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN M. COCO, as administrator of the Estate of ANTHONY S. COCO,  *Plaintiff*,  v.  YALE NEW HAVEN HEALTH SERVICES CORPORATION, MARK R. SPARAPANI, and UNITED STATES,  *Defendants*. | No. 18-cv-618  April 10, 2018 |

## NOTICE OF REMOVAL

Please take notice that, pursuant to the VA Immunity Statute, 38 U.S.C. § 7316(c), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2679(d), and statutory procedures for removal of cases against federal officers, 28 U.S.C.A. § 1442, state-court-named-defendant James J. Yun, M.D., Ph.D. and deemed defendant the United States, have removed this matter to the United States Court for the District of Connecticut, and by operation of law, the lawsuit "shall be . . . deemed a tort action brought against the United States."  38 U.S.C. § 7316(c); 28 U.C.S. § 2679(d)(2).  Accordingly, the United States has been substituted for James J. Yun, M.D., Ph.D. as defendant; the defendant requests that the Clerk of the Court enter the case caption as written above.

As a basis for removal, the United States make the following representations:

1.   James J. Yun, M.D., Ph.D. has been named as defendant in a civil lawsuit filed in the Connecticut Superior Court, Judicial District of New Haven (case number NNH-CV18-6077921-S).  Copies of the summons and complaint are attached hereto.

2.   The complaint alleges that plaintiff's decedent suffered injuries and damages as a result of the alleged negligence of defendant Yun, and additional named defendants Yale New

Haven Health Services Corporation and Mark R. Sparapani, in the course of providing medical care.

3. Pursuant to the provisions of 28 U.S.C. § 2679(d)(2) and 38 U.S.C. § 7316(c), the U.S. Attorney's Office for the District of Connecticut has certified that James J. Yun, M.D., Ph.D. was acting within the scope of federal employment as an employee of the Veterans Health Administration at the time of the incident(s) out of which the plaintiff's claim arose. A copy of the certification is attached hereto.

4. Pursuant to 38 U.S.C. § 7316(c),

> Upon a certification by the Attorney General that the defendant was acting in the scope of such person's employment in or for the Administration at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of title 28 and all references thereto. After removal the United States shall have available all defenses to which it would have been entitled if the action had originally been commenced against the United States. Should a United States district court determine on a hearing on a motion to remand held before a trial on the merits that the employee whose act or omission gave rise to the suit was not acting within the scope of such person's office or employment, the case shall be remanded to the State court.

5. In addition, pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States "may be removed . . . to the district court of the United States for the district and division embracing the place wherein it is pending."

6. Based on the foregoing, the United States hereby removes this action to the District Court for the District of Connecticut.

Respectfully submitted,

UNITED STATES

JOHN D. DURHAM
UNITED STATES ATTORNEY

    */s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov

CERTIFICATE OF SERVICE

    This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 10th day of April 2018, to:

Bruce D. Jacobs
Jacobs & Jacobs, LLC
700 State Street
New Haven, CT  06511

Michael Neubert
Neubert Pepe & Monteith PC
195 Church Street
13th Floor
New Haven, CT  06510

    */s/ Natalie N. Elicker*
Natalie N. Elicker
Assistant United States Attorney

3