EXHIBIT E

*Joan M. Coco, as Administrator of the Estate of Anthony S. Coco*
*v.*
*Yale New Haven Health Services Corporation, et al*

| JACOBS & JACOBS DISBURSEMENT LIST: | |
|---|---:|
| Medical Records (V.A.) | 205.80 |
| Filing Fee | 45.00 |
| Unity Consulting (Nurse Consultant) | 10,290.20 |
| State Marshal Robert Miller (Service of Writ) | 131.60 |
| Superior Court (Writ Return) | 367.92 |
| Cardio-Thoracic Surgery Expert | 1,400.00 |
| Perfusion Expert | 1,012.50 |
| Joan Pagliucio (Court Reporter) | 2,065.95 |
| Streski Court Reporting | 507.90 |
| Fincun-Mancini (Court Reporters) | 690.50 |
| One Source Process (Service of Subpoena) | 348.23 |
| Federal Express (Records to Cardio-Thoracic Expert) | 132.26 |
| Kennedy, Johnson, Schwab & Roberge (Mediation Fee) | 1,350.00 |
| Travel and Meals | 216.39 |
| Postage/Photocopies | 53.71 |
| **TOTAL DISBURSEMENTS** | **$18,817.96** |