# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN M. COCO, *as administrator of the Estate of Anthony S. Coco*, | ) ) ) | 3:18-CV-00618 (KAD) |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| YALE NEW HAVEN HEALTH SERVICES CORP., JAMES J. YUN, MARK R. SPARAPANI, and UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| *Defendants*. | ) | AUGUST 2, 2019 |

## ORDER APPROVING PROPOSED SETTLEMENT

Kari A. Dooley, United States District Judge

Having considered the Motion for Court Approval of Settlement; (ECF Nos. 36, 38); the merits of the action and the amount of damages proposed as a compromise; *see* New York State Estates, Powers and Trusts Law Section 5-4.6; the Court hereby:

1. Approves and authorizes the settlement of this matter against the United States of America for $400,000;

2. Approves and authorizes the settlement of this matter against Yale-New Haven Health Services Corporation for [REDACTED];

3. Allocates the entire settlement to the wrongful death cause of action;

4. Approves and authorizes an attorneys' fee of $100,000 as to the portion of the settlement to be paid by the United States of America;

5. Approves and authorizes an attorneys' fee of [REDACTED] as to the portion of the settlement to be paid by Yale-New Haven Health Services Corporation;

6. Approves and authorizes disbursements in the amount of $18,817.96 to the law firm of Jacobs & Jacobs, LLC; and

7. Refers the matter to the Fulton County Surrogate's Court where the estate is pending for allocation of the settlement proceeds to the decedent's distributees.

2

**SO ORDERED** at Bridgeport, Connecticut, this 2nd day of August 2019.

                                               */s/ Kari A. Dooley*
                                               KARI A. DOOLEY
                                               UNITED STATES DISTRICT JUDGE